THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY SAVAGE SMITH, Appellant.

Submitted October 3, 2016; decided October 20, 2016

Motion for assignment of counsel granted and Philip Rothschild, Esq., Hiscock Legal Aid Society, 351 South Warren Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.